WILLIAM R. LAMB *et al.*

*vs.*                    Miscellaneous Petitions, No. 2405.

HERBERT ALMY.

EVIDENCE ; MANDAMUS ; PROFESSIONAL COMMUNICATIONS.

RESCRIPT.

*Filed July 21, 1896.*

PER CURIAM. We do not think that it appears with sufficient clearness that Albert A. Baker was counsel for Dr. Lamb, as well as Mrs. Lamb, in the transaction to which the testimony to be taken relates, to warrant the magistrate in compelling Baker to disclose communications made to him by Mrs. Lamb by virtue of the relation between them of counsel and client.

The writ of mandamus is therefore denied and the petition dismissed.

*Arnold Green*, for petitioner.

*Edwards & Angell*, for respondent.